# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Tennessee_

_Nashville_ Division

RECEIVED

MAY 0 6 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

_Travis Kenard Dawson_

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_Stephanie Janet Williams_

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

_(to be filled in by the Clerk's Office)_

Trial by Jury ☑

Jury Trial: _(check one)_ ☑ Yes ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Travis Kenard Dawson

Address: 167 Bell Road, Suite 16

Nashville     Tennessee     37217

       *City*        *State*        *Zip Code*

County: Davidson

Telephone Number: (918) 213-8632

E-Mail Address: traviskdawson@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Stephanie Janet Williams

Job or Title *(if known)*: Circuit Court Judge

Address: 1 Public Square, Room 607

Nashville     Tennessee     37201

       *City*        *State*        *Zip Code*

County: Davidson

Telephone Number: (615) 862-5910

E-Mail Address *(if known)*:

☑ Individual capacity     ☐ Official capacity

Defendant No. 2

Name:

Job or Title *(if known)*:

Address:

       *City*        *State*        *Zip Code*

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity     ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

| City | State | Zip Code |
| --- | --- | --- |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

| City | State | Zip Code |
| --- | --- | --- |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Unlawful search and seizures of property pursuant to the 4th Amendment, violation of due process of law pursuant to 5th Amendment Takings Clause and 14th Amendment, right to face my accuser pursuant to 6th Amendment, right to trial by jury 7th Amendment, malicious prosecution 8th Amendment, Peonage 13th Amendment.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Judge abandoned and violated her oath of office due to having a financial interest in having witnesses come into court to act as witnesses on behalf of Tennessee Child Support without evidence of harm, loss, damage and/or injuries suffered.

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Judge accused me of owing a IV-D debt, as an administrator acting outside her judicial authority to administer IV-D debts under the executive. Judge is not impartial, fair and unbiased due to practicing law from the bench as a IV-D contractor while impersonating as a judge which is fraud and carries prosecution

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? at the 3rd Circuit Court.

B. What date and approximate time did the events giving rise to your claim(s) occur? March 31, 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Mary-Glenn Hartup, Ross Matuszak, Stanley Kweller and Stephanie Janet Williams conspired against in a Money Laundering and Rico Conspiracy to wrongfully accuse of owing a debt obligation which does not belong to me and that I never agreed to repay on behalf of another. They extort funds from disability that I receive each month from Social Security Administration

**IV.     Injuries**

Tennessee Single and Separate Child Support Company reports fraudulent and misleading information to reporting agencies,

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I've suffered financial hardship, loss, damage and injuries due to being forced into involuntary servitude, forced labor, forced contracts involving a mortgage and promissory note that the clerk of 3rd Circuit Court refused to provide evidence of and this matter has affected my personal life and reputation to live and provide for myself and tribe as well as my professional reputation regarding future endeavors of obtaining financing to purchase necessities that me and my tribe requires in life.

**V.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am requiring that a detached and neutral judge grant me judgment in the amount of $100,000,000 due to a judge acting outside of her judicial capacity to create an illegal restraint on trade, deceptive business practices as well as creating artifices and schemes to defraud me.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    May 2, 2025

All rights are reserved. Void where prohibited by the Law. Autograph

Signature of Plaintiff    Travis-Kenard: Dawson

Printed Name of Plaintiff    Travis Kenard Dawson

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

Travis Kenard Dawson
1617 Bell Road, Suite 16
Nashville, Tennessee [371...]

RDC 99

37203

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
FCM LETTER
NASHVILLE, TN 37217
MAY 02, 2025
$0.28
R2305H126629-22

PURPLE HEART

RECEIVED
MAY 0 6 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Attention Clerk of Court for the
United States
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, Tennessee 37203